bursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Barnett L. Hollander and Another, Respondents, v. Henry Kaufmann and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Randolph Blume, Respondent, v. Carl N. Moller, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Emelie Louise Brunn, Respondent, v. Lincoln Brunn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Walton T. Carpenter, Respondent, v. Mildred Ashforth Carpenter, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in order, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Elizabeth Rastetter and Others, Infants, etc., Respondents, v. John C. Hoenninger, as Executor, etc., and Barbara Schmidt, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin Clarke and Scott, JJ.

Edward Stafford, Plaintiff, v. Mary R. Washburn and Others, Defendants, Impleaded with Thomas Turner and Others, Respondents. Annie E. Stafford, Individually and as Administratrix, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present —Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Gregory Potaros v. Fifth Avenue Building Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nathan Peshkin v. Thomas H. McCann, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Philip Lubinger v. Harry Vogel and Others, Impleaded, etc.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Philip Lubinger v. Harry Vogel and Others, Impleaded, etc.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. John W. McGloin v. Patrolmen's Benevolent Association of the City of New York.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Moses Wolf v. James F. Mack.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.